862 A.2d 55

KOSHER KONNECTION, INC., PLAINTIFF–APPELLANT, v. ALLE-GIANCE TELCOM OF NEW JERSEY, DEFENDANT, AND VER-IZON NEW JERSEY, INC., A CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT–RESPONDENT.

November 5, 2004.

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2-1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.

862 A.2d 55

STATE OF NEW JERSEY, PLAINTIFF, v. THOMAS GERRARD, DEFENDANT–MOVANT.

November 5, 2004.

Denied.